**Opinion issued April 2, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

---

## NO. 01-11-00994-CV

---

### MUMTAZ AHMED, Appellant

### V.

### SMAS MANAGEMENT, Appellee

---

### On Appeal from the County Civil Court at Law No. 2
### Harris County, Texas
### Trial Court Cause No. 994895

---

## MEMORANDUM OPINION

Appellant, Mumtaz Ahmed, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). Appellant's brief was first due on August 31, 2012. After being notified that this appeal was subject to dismissal, appellant did not respond.

*See* TEX. R. APP. P. 38.8(a)(1) (authorizing dismissal for failure to file brief); 42.3 (allowing involuntary dismissal of appeal).

Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.